# Notice Recipients

District/Off: 0315−2    User: auto    Date Created: 1/11/2023
Case: 23−20044−CMB    Form ID: pdf900    Total: 15

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | David A. Rice | ricelaw1@verizon.net |
| aty | Scott R. Lowden | niclowlgl@comcast.net |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | John Frank Washlack, III | 533 Fourth Street    Marianna, PA 15345 |
| 15560525 | Aspen National Coll / Vacation Village | Attn: Bankruptcy    Po Box 10689    Brooksville, FL 34603 |
| 15560526 | BB&T/Truist | Attn: Bankruptcy    Po Box 1847    Wilson, NC 27894 |
| 15560527 | Caine & Weiner / Progressive Insurance | Attn: Bankruptcy    5805 Sepulveda Blvd    Sherman Oaks, CA 91411 |
| 15560528 | Charlene Washlack | 111 Greenwood Mobile Home Park    Finleyville, PA 15332 |
| 15560529 | PA Dept of Revenue | 11 Parkway Ctr, #175    Pittsburgh, PA 15220 |
| 15560949 | Pennsylvania Department of Revenue | Bankruptcy Division PO Box 280946    Harrisburg PA 17128−0946 |
| 15560530 | PennyMac Loan Services, LLC | Attn: Correspondence Unit    Po Box 514387    Los Angeles, CA 90051 |
| 15560531 | Portfolio Recovery / Bank of America | Attn: Bankruptcy    120 Corporate Boulevard    Norfolk, VA 23502 |
| 15560532 | Santander Consumer USA | Attn: Bankruptcy    Po Box 961245    Fort Worth, TX 76161 |
| 15561045 | U.S. Department of Housing and Urban Development | The Wanamaker Building    11th Floor 100 Penn Square East    Philadelphia, PA 19107 |

TOTAL: 11