IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-20044-CMB |
| John Frank Washlack, III, | : | |
| | : | |
| Debtor(s) | : | |
| John Frank Washlack, III, | : | Chapter 13 |
| | : | |
| Movant(s) | : | |
| | : | Related to Document No. |
| v. | : | |
| RPG Resources, | : | |
| Respondent(s) | : | |

**CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Court Order to Pay Trustee Pursuant to Wage Attachment dated February 22, 2024 and a completed Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on February 23, 2024.

RPG Resources
Attn: Payroll Manager
314 Boden Avenue
Carnegie, PA. 15106

                                                 Attorney for Movant(s):
                                                 Rice & Associates Law Firm
                                                 /s/ David A Rice, Esq.
                                                 15 West Beau Street
                                                 Washington, PA  15301
                                                 724-225-7270
                                                 ricelaw1@verizon.net
                                                 PA ID# 50329