IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

In Re: : Bankruptcy No. 23-20044-CMB
    John Frank Washlack, III, :
                              :
                Debtor(s) :
    John Frank Washlack, III, :
                Movant(s) :
                              : Related to Document No.
    v. :
    RPG Resources, :
                Respondent(s) :

**CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Court Order to Pay Trustee Pursuant to Wage Attachment dated April 15, 2024 and a completed Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on April 15, 2024.

RPG Resources
Attn: Payroll Manager
314 Boden Avenue
Carnegie, PA. 15106

                         Attorney for Movant(s):
                         Rice & Associates Law Firm
                         /s/ David A Rice, Esq.
                         15 West Beau Street
                         Washington, PA  15301
                         724-225-7270
                         ricelaw1@verizon.net
                         PA ID# 50329