IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-20044-CMB |
| John Frank Washlack, III, | : | |
| | : | |
| Debtor(s) | : | |
| John Frank Washlack, III, | : | |
| Movant(s) | : | |
| | : | Related to Document No. |
| v. | : | |
| RPG Resources, | : | |
| Respondent(s) | : | |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Amended Order to Pay Trustee Pursuant to Wage Attachment issued on January 8, 225 and The Notification of Debtor's Social Security Number, Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on January 9, 2025.

PRG Resources
Attn: Payroll Manager
314 Boden Avenue
Carnegie, PA. 15106

Attorney for Movant:
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA 15301
724-225-7270
ricelaw1@verizon.net
PA ID# 50329