**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/28/2025

IN RE:

JOHN FRANK WASHLACK, III
533 FOURTH STREET
P.O. BOX 304
MARIANNA,  PA  15345
XXX-XX-2002            Debtor(s)

Case No.23-20044 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/28/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **ASPEN NATIONAL COLL/VACATION VILLAGE**<br>PO BOX 10689<br><br>BROOKSVILLE, FL 34603 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SURR/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3373 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br><br>DALLAS, TX 75266-0929 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 0.00<br>COMMENT: PMT/STIP-NTC*DKT4PMT-LMT*1ST/SCH*BGN 2/23 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2462 |
| **CHARLENE WASHLACK**<br>111 GREENWOOD MOBILE HOME PARK<br><br>CLARKSVILLE, PA 15322 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: OUTSIDE/341 NOTES*NT PROV/PL*DKT | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 1<br><br>CLAIM: 963.36<br>COMMENT: 7701*$/CL-PL@0%/PL*20/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2002 |
| **TRUIST BANK**<br>ATTN SUPPORT SERVICES - 306-40-06-10<br>PO BOX 85092<br>RICHMOND, VA 23286 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 10,781.29<br>COMMENT: X1001/SCH*AUTO DEFICIENCY*REPO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6211 |
| **CAINE & WEINER**<br>5805 SEPULVEDA BLVD<br><br>SHERMAN OAKS, CA 91411 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PROGRESSIVE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0972 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 0.00<br>COMMENT: DISALLOWED/OE*10897.19/CL*TBOM*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3764 |
| **SANTANDER CONSUMER USA**<br>PO BOX 560284<br><br>DALLAS, TX 75356 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 3-2<br><br>CLAIM: 8,849.74<br>COMMENT: 1000~NO$~DEFICIENCY CL*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1921 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 1<br><br>CLAIM: 73.00<br>COMMENT: 7701*NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2002 |
| **US DEPARTMENT OF HUD****<br>2000 N CLASSEN BLVD STE 3200<br><br>OKLAHOMA CITY, OK 73106 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 0.00<br>COMMENT: NT/SCH*CL=7783.39~NT DUE/CL-PL | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 7709 |

| Creditor | Trustee Claim | Credit Description |
|---|---|---|
| **SANTANDER CONSUMER USA**<br>PO BOX 560284<br><br>DALLAS, TX 75356 | Trustee Claim Number: 11   INT %: 0.00%<br>Court Claim Number: 3-2<br><br>CLAIM: 0.00<br>COMMENT: SURR/PL*RS/OE*AMD CL=$0*NO SEC/SCH | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1921 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br><br>DALLAS, TX 75266-0929 | Trustee Claim Number: 12   INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 13,861.10<br>COMMENT: $/CL-PL*THRU 1/23 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2462 |
| **WILLIAM CRAIG ESQ++**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br><br>MOORESTOWN, NJ 08057 | Trustee Claim Number: 13   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SANTANDER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 14   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /CL | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 15   INT %: 0.00%<br>Court Claim Number: 7<br><br>CLAIM: 12,217.88<br>COMMENT: NT/SCH*TIMELY*2018 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2002 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 16   INT %: 0.00%<br>Court Claim Number: 7<br><br>CLAIM: 1,958.49<br>COMMENT: $/CL-PL*NT/SCH*19-21*2021=EST*TIMELY | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2002 |
| **WESTLAKE FINANCIAL SERVICES (*)**<br>4751 WILSHIRE BLVD STE 100<br><br>LOS ANGELES, CA 90010 | Trustee Claim Number: 17   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PMT/PL*499.42X 53 REM MO+2=LMT*BGN 8/23 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 9545 |
| **WESTLAKE FINANCIAL SERVICES (*)**<br>4751 WILSHIRE BLVD STE 100<br><br>LOS ANGELES, CA 90010 | Trustee Claim Number: 18   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /AMD D | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9545 |