IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| John Frank Washlack, III | ) | Bankruptcy No. 23-20044 JCM |
| | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Scott R. Lowden, Esquire | ) | |
| Movant(s) | ) | Related to: Document No. 131 |
| v. | ) | |
| No Respondent | ) | **ENTERED BY DEFAULT** |
| Respondent(s) | ) | |

**ORDER OF COURT**

AND NOW, this 21st day of September, 2026, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $15,730.79, of which $15,605.50 are attorney fees and $125.29 are costs, and that the total previously allowed Attorney's Fees and Costs were $12,528.39. This award covers the period from 3/25/2024 to 9/2/2026.

Therefore, the Application in its face amount of $3,202.40 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $3,202.40 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Rice & Associates Law Firm, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between March 25, 2024 and September 2, 2026 in the amount of **$3,186.00** and expenses in the amount of **$16.40** for a total of **$3,202.40**. The total award of compensation for services to date is **$15,605.50** and expenses in the amount of **$125.29** for a grand total in the amount of **$15,730.79.**

BY THE COURT:

SIGNED
9/21/26 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm glb
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 23-20044-JCM
John Frank Washlack, III Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Sep 21, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Frank Washlack, III, 533 Fourth Street, P.O. Box 304, Marianna, PA 15345-0304 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor John Frank Washlack III ricelaw1@verizon.net, lowdenscott@gmail.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor John Frank Washlack III lowdenscott@gmail.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com alapinski@egalawfirm.com |

TOTAL: 6