**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **John Frank Washlack, III** | ) | |
| | ) | **Case No. 23-20044 JCM** |
| | ) | |
| | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | Related to Doc. No. 137 |
| | **X** | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:**

a motion to dismiss case or certificate of default requesting dismissal

☒ a plan modification sought by: John Frank Washlack, III

a motion to lift stay
as to creditor ______

☒ Other: The plan is being modified to provide for additional attorney fees to Rice & Associates Law Firm without decreasing the percentage or amount to be paid to other creditors through the plan.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

❑ Chapter 13 Plan dated ______
☒ Amended Chapter 13 Plan dated July 24, 2023

is modified as follows:

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

❑ Debtor(s) Plan payments shall be changed from $_______ to

$_______per Month, effective _________; and/or the Plan term shall be changed from months to months.

- ☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ☐ Debtor(s) shall file and serve ______________________________ on or before _________.

- ☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as________________________________________ ________________________________________________ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: Funding is provided for additional attorney fees to Rice & Associates Law Firm in the additional amount of $3,202.40 awarded by Order of Court DN 135 without decreasing the percentage or amount to be paid to other creditors through the plan.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 24th day of September, 2026

John C. Melaragno, Judge jlm
United States Bankruptcy Court

SIGNED
9/24/26 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/ Scott R. Lowden
Scott R. Lowden - Counsel to Debtor
PA ID 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
(412) 292-4254
lowdenscott@gmail.com

Stipulated by:

/s/ Dennis Sloan
Dennis Sloan, Esq.
Counsel to Chapter 13 Trustee
600 Grant Street
Suite 3250 US Steel Tower
Pittsburgh, PA 15219

Stipulated by:

______________________________

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:
John Frank Washlack, III
Debtor

Case No. 23-20044-JCM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Sep 24, 2026 Form ID: pdf900 Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Frank Washlack, III, 533 Fourth Street, P.O. Box 304, Marianna, PA 15345-0304 |
| 15560525 | + | Aspen National Coll / Vacation Village, Attn: Bankruptcy, Po Box 10689, Brooksville, FL 34603-0689 |
| 15560528 | | Charlene Washlack, 111 Greenwood Mobile Home Park, Finleyville, PA 15332 |
| 15560529 | + | PA Dept of Revenue, 11 Parkway Ctr, #175, Pittsburgh, PA 15220-3623 |
| 15561045 | | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 15621216 | | Westgate Financial Services, P.O. Box 997592, Sacramento, CA. 95899-7592 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 25 2026 01:32:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 15560526 | + | Email/Text: bankruptcy@bbandt.com | Sep 25 2026 01:32:00 | BB&T/Truist, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894-1847 |
| 15560527 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 25 2026 01:32:53 | Caine & Weiner / Progressive Insurance, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15606174 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 25 2026 01:32:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15582774 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2026 01:36:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15560949 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 25 2026 01:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 15560530 | + | Email/PDF: ebnotices@pnmac.com | Sep 25 2026 01:36:47 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15579152 | + | Email/PDF: ebnotices@pnmac.com | Sep 25 2026 01:36:53 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15560531 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2026 01:36:53 | Portfolio Recovery / Bank of America, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 15560532 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 25 2026 01:32:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15562590 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 25 2026 01:32:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15582434 | + | Email/Text: bankruptcy@bbandt.com | Sep 25 2026 01:32:00 | Truist Bank, Attn: Support Services, P.O. Box 85092 Mail Code 306-40-06-10, Richmond, VA 23286-0001 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor John Frank Washlack III ricelaw1@verizon.net, lowdenscott@gmail.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor John Frank Washlack III lowdenscott@gmail.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com alapinski@egalawfirm.com |

TOTAL: 6